UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JEFFREY JOHNSON and JOHN GOODWIN, ) <br> ) <br> Plaintiffs ) <br> v. ) <br> ) <br> UNITED PARCEL SERVICE, INC. ) <br> ) <br> Defendant ) | No. 1:00-CV-310 <br> Chief Judge Curtis L. Collier |

## **O R D E R**

For the reasons set out in the accompanying memorandum, the Court hereby **DECLINES TO SEVER** Plaintiffs' claims for trial.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**