UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JEFFREY JOHNSON and JOHN GOODWIN, | ) | |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 1:00-CV-310 |
| | ) | Chief Judge Curtis L. Collier |
| UNITED PARCEL SERVICE, INC. | ) | |
| | ) | |
| Defendant | ) | |

## O R D E R

The Court hereby **RESERVES RULING** on Defendant's motion in limine to exclude evidence of Gary Todd's demotion (Court File No. 279); however, all parties are instructed **NOT TO MENTION** this matter during the trial without first notifying the Court of an intent to do so. The Court will then hear arguments on this motion at that time. The Court **GRANTS** Defendant's second motion in limine (Court File No. 285) and **ORDERS** all parties not to bring up, directly or indirectly, any testimony or evidence regarding the appeal of this case or its result. The Court also **GRANTS** Plaintiffs' motion in limine (Court File No. 291) and **ORDERS** all parties not to bring up, directly or indirectly, the fact Plaintiffs' claims, as well as the claims of some other former plaintiffs, were dismissed by the Court during the first trial.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**