UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JEFFREY JOHNSON and JOHN GOODWIN, )<br>)<br>Plaintiffs )<br>v. )<br>)<br>UNITED PARCEL SERVICE, INC. )<br>)<br>Defendant ) | No. 1:00-CV-310<br>Chief Judge Curtis L. Collier |

## O R D E R

In accordance with the accompanying memorandum, the Court **GRANTS** Defendant's Motion to Exclude all of the Plaintiffs' Evidence Not Timely Disclosed (Court File No. 300) and hereby **EXCLUDES** all evidence Plaintiffs did not disclose in accordance with Rule 26, pursuant to Rule 37(c)(1).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**